**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARK PICOZZI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA, et al.<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-00518-RFB-BNW<br><br>**ORDER** |

　　　In light of Plaintiff's pending motions (ECF Nos. 50,54,55,57,58,61,65,68), **IT IS ORDERED** that Plaintiff shall not file any additional motions for preliminary injunction or temporary restraining order until this Court has made a determination regarding all other outstanding motions. **IT IS FURTHER ORDERED** that Defendants are not required to file any responses to any newly filed motions for preliminary injunction or temporary restraining order.

　　　**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of time is **GRANTED**. Plaintiff shall have until May 7, 2021 to file replies to Defendants' responses (ECF Nos. 70, 73). **IT IS FURTHER ORDERED** that Defendants shall provide Plaintiff with a copy of (ECF No. 71) Appendix Volume I to 70 and (ECF No. 74) Appendix Volume I to 73.

　　　The Clerk of the Court is instructed to mail Plaintiff a copy of this order.

　　　DATED: April 14, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**