UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARK PICOZZI,<br>　　　　Plaintiff,<br>v.<br>STATE OF NEVADA, et al,<br>　　　　Defendants. | Case No. 2:20-cv-00518-RFB-VCF<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE**<br>**MARK PICOZZI,**<br>**#1163673** |

TO:   CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **MARK PICOZZI, #1163673**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada..

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison or his designee, shall arrange for and produce **MARK PICOZZI, #1163673** on or about Monday, September 20, 2021, at the hour of 1:15 p.m., for a **videoconference** hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **MARK PICOZZI, #1163673**, is released and discharged by the said Court; and that **MARK PICOZZI, #1163673**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Spring, Nevada, under safe and secure conduct.

**DATED** this 15th day of September, 2021.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**