1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARK PICOZZI, | Case No. 2:20-cv-00518-RFB-VCF |
| Plaintiff, | **AMENDED ORDER TO PRODUCE FOR VIDEOCONFERENCE MARK PICOZZI, #1163673** |
| v. | |
| STATE OF NEVADA, et al, | |
| Defendants. | |

7
8
9
10
11
12
13

TO:     CALVIN JOHNSON, WARDEN,  HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

14   **THE   COURT   HEREBY   FINDS**   that   **MARK PICOZZI,**

15   **#1163673** , is  presently  in custody  of  the  Nevada  Department  of  Corrections,  located  at  High

16   Desert  State  Prison,  Indian  Springs,  Nevada..

17   **IT IS HEREBY ORDERED** that the  Warden  of  High Desert State Prison or  his

18   designee, shall  arrange  for  and  produce **MARK PICOZZI, #1163673**   on  or

19   about  Wednesday, September 22, 2021,  at   the   hour   of  1 : 1 5  p.m., for   a

20   **videoconference**   hearing   by zoomgov technology  in  the  instant  matter,  and  arrange for

21   his  appearance  on  said  date  as ordered  and  directed  by  the  Court  entitled above,   until

22   **M A R K   P I C O Z Z I ,   # 1 1 6 3 6 7 3**  , is released and discharged  by  the  said

23   Court;   and  that  **MARK PICOZZI, #1163673 ,**  shall thereafter  be  returned  to   the  custody

24   of  the  Warden,  H i g h   D e s e r t   S t a t e   P r i s o n ,   I n d i a n

25   S p r i n g, Nevada, under  safe  and secure conduct.

26

27   **DATED** this 20th day  of  September, 2021.

28

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**