UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

Mark Picozzi,

    Plaintiff,

v.

State of Nevada, et. al.,

    Defendants.

Case No. 2:20-cv-00518-RFB-VCF

**<u>ORDER</u>**

    Given the number of motions filed in this case, the Court cannot adequately determine what claims or relief the Plaintiff is still seeking. So that the record and the parties are clear, the Court will give the Plaintiff leave to file a second amended complaint clarifying what allegations remain. After it is filed, that complaint will then be screened on an expedited basis.

    All other motions will be denied without prejudice subject to the amended complaint. If he believes it to be necessary, Plaintiff may additionally file one preliminary injunction or other emergency motion accompanying his amended complaint. Thereafter, Plaintiff is instructed not to file any additional motions until the court screens the second amended complaint and rules on any forthcoming preliminary injunction or other emergency motion that Plaintiff may file.

    Therefore, IT IS ORDERED THAT Plaintiff is GRANTED leave to file a second amended complaint within 30 days of the date of this order.

. . .

. . .

. . .

. . .

1   IT IS FURTHER ORDERED that all other pending motions are DENIED without
2   prejudice. This includes ECF Nos. 50, 80, 95, 100, 105, 108, 112, 114, 116, 118, 120. IT IS
3   FURTHER ORDERED that Motion for permission to file a Second Amended Complaint (ECF
4   No. 117) is DENIED without prejudice as moot based on the above order.

DATED THIS 12th day of January 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE