UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| MARK PICOZZI, | Case No. 2:20-cv-00518-RFB-VCF |
| --- | --- |
| Plaintiff, | **ORDER TO PRODUCE FOR VIDEOCONFERENCE MARK PICOZZI, #1163673** |
| v. | |
| STATE OF NEVADA, et al, | |
| Defendants. | |

TO:   CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **MARK PICOZZI, #1163673**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada..

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison or his designee, shall arrange for and produce **MARK PICOZZI, #1163673** on or about Thursday, March 23, 2023, at the hour of 11:30 a.m., for a **videoconference** motion hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **MARK PICOZZI, #1163673,** is released and discharged by the said Court; and that **MARK PICOZZI, #1163673,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Spring, Nevada, under safe and secure conduct.

**DATED** this <u>2nd</u> day of March, 2023.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**