# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

Mark Picozzi,

        Plaintiff,

vs.

State of Nevada,

        Defendant.

Case No. 2:20-cv-00518-RFB-VCF

**ORDER**

    The defendants filed motions to extend time and to compel. ECF Nos. 178 and 179. The time to respond to the motions has passed. Plaintiff filed a notice stating that the prison has been in "total lockdown", and he has been unable to access the law library. ECF No. 182. In the interest of justice, I sua sponte grant plaintiff additional time to respond to defendants' motions.

    ACCORDINGLY,

    I ORDER that plaintiff has until Monday, October 23, 2023 to respond to defendants' motions to extend time and to compel. ECF Nos. 178 and 179.

    IT IS SO ORDERED.

    DATED this 21st day of September 2023.

_____

CAM FERENBACH

UNITED STATES MAGISTRATE JUDGE