# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Mark Picozzi,<br><br>                    Plaintiff(s),<br><br>v.<br><br>State of Nevada, et al.,<br><br>                    Defendant(s). | 2:20-cv-00518-RFB-VCF<br>**ORDER** |

Before the court are the motion to modify ECF No. 176 and extend the time to file dispositive motions (ECF NO. 178) and motion to compel (ECF NO. 179).

No opposition has been filed.  Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly,

IT IS HEREBY ORDERED that the motion to modify ECF No. 176 and extend the time to file dispositive motions (ECF NO. 178) and motion to compel (ECF NO. 179), are GRANTED.


DATED this 17th day of November 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1